PER CURIAM.

(No. 74-CC-684—Claimant )

ROGER GOETTEN, CO. TRES. JERSEY CO., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF LOCAL GOVERNMENT AFFAIRS, Respondent.

*Opinion filed June 26, 1974.*

ROGER J. GOETTEN, CO. TRES., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELDMAN, Assistant Attorney General, for Respondent.

504

Per Curiam.